UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 14-00588  DDP                                       Dated: October 30, 2014

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Kristen A. Williams |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

========================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   TIM SEO                            1)   Kim Savo
     Not Present                              Not Present

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that a HEARING RE: ACCEPTANCE OF A GUILTY PLEA is hereby set for November 3, 2014 at 1:30 p.m.


**cc:  P. O.**
**P. S. A. L. A.**




                                                              :   N/A
                                        Initials of Deputy Clerk   JAC