STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0526
     Facsimile: (213) 894-6269
     E-mail:    Kristen.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-00588 DDP |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| TIM SEO, | |
| Defendant. | |

The Court having considered the stipulation of the parties with respect to the disclosure of information in discovery in this matter and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The government may produce to the defense medical records and related documents pertaining to former patients of defendant's physical therapy company, Bodee, Inc. ("Bodee") that contain individually identifiable health information (defined as health information that is connected to a patient's name, address, Social

1

Security number or other identifying number, including HIC number) without redacting such information from the documents.

    2.  The government shall identify such information in discovery, by using the following designation on the documents, on a diskette cover, or in an accompanying cover letter: "CONFIDENTIAL HEALTH INFORMATION – SUBJECT TO PROTECTIVE ORDER."

    3.  Defendant and his counsel shall use documents that are so designated only for the purposes of this criminal case, and not to disclose the documents to non-parties, except as needed for the defense of the case, and only if the non-party agrees, in writing, to be bound by the terms of a protective order prohibiting the disclosure of the documents, or the confidential information contained therein, to other third parties.

    4.  Within 90 days of the conclusion of this criminal action, defendant shall either (1) return all designated documents to the government, as well as all copies, and all notes, memoranda or other documents containing confidential information obtained from the designated documents, or (2) destroy the documents and certify in writing to counsel for the government that the documents have been destroyed.

    5.  Absent a further order of the Court, designated documents shall not be filed with or submitted to the Court, or reproduced in any court filing unless the documents are placed under seal or all patient-identifying information has been removed.

6. Prior to trial, no party shall disclose designated documents in open court without prior consideration by the Court.

IT IS SO ORDERED.

October 30, 2014
DATE

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KRISTEN A. WILLIAMS
Assistant United States Attorney