UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES -- CHANGE OF PLEA</u>

Case No.   **CR 14-00588  DDP**                                                                                Date: November 3, 2014
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kristen A. Williams |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

1)   TIM SEO                                              1)   Kim Savo
     present on bond                                           present appointed

_____

PROCEEDINGS:   **PLEA**

Court and counsel confer re the plea of Guilty.  Defendant moves to plea Guilty to the Information.  Defendant now enters a plea of Guilty to the Single Count Information.  The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made; plea is provident; plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a presentence report and continues the matter to February 2, 2015 at 1:30 p.m., for sentencing.  The Court vacates the court and/or jury trial date.

**Counsel are notified that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing.  Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

cc:   **P. O. &  P. S. A. L. A.**

CR-8 (09/06)                              CRIMINAL MINUETS - CHANGE OF PLEA                        <u> 00 </u> : <u> 19 </u>

                                                                                                    Initials of Deputy Clerk: JAC