HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
TIM SEO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 14-00588 DDP |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| TIM SEO, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant, Tim Seo's conditions of bond are modified to add location monitoring and a curfew between 2:00 a.m. and 7:00 a.m.

DATED: January 16, 2015

_____
HON. DEAN D. PREGERSON
United States District Judge

cc: PSALA